**Order entered July 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01272-CR
No. 05-16-01273-CR

**TOMAS VILLASENOR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause Nos. 15-10493-422-F, 15-10494-422-F**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the April 10, 2017 motion of Lara

E. Bracamonte for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Lara E. Bracamonte as counsel of record for appellant. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Tomas

Villasenor, TDCJ No. 02096615, Powledge Unit, 1400 FM 3452, Palestine, Texas, 75803.

/s/    DAVID EVANS
        JUSTICE